**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-36810-H2-7 |
| | § | |
| TERRABON RESEARCH COMPANY, | § | |
| LLC | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Ronald J. Sommers, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $3,724,383.12 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $1,162,349.84 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $145,986.97 | | |

3)      Total gross receipts of $1,308,336.81  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,308,336.81 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $10,006,243.00 | $837,021.92 | $837,021.92 | $837,021.92 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $145,986.97 | $145,986.97 | $145,986.97 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $278,618.29 | $278,618.29 | $278,618.29 |
| General Unsecured Claims (from **Exhibit 7**) | $6,963.00 | $10,507,550.18 | $10,203,047.33 | $46,709.63 |
| **Total Disbursements** | $10,013,206.00 | $11,769,177.36 | $11,464,674.51 | $1,308,336.81 |

4).  This case was originally filed under chapter 7 on 09/07/2012.  The case was pending for 62 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/14/2017                    By:   /s/ Ronald J. Sommers
                                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

**EXHIBITS TO
FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Machinery, fixtures, and equipment | 1129-000 | $1,308,336.81 |
| **TOTAL GROSS RECEIPTS** | | $1,308,336.81 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Comerica Bank | 4210-000 | $10,000,000.00 | $0.00 | $0.00 | $0.00 |
| | GreatAmerica Leasing Corp. | 4210-000 | $6,243.00 | $0.00 | $0.00 | $0.00 |
| | Waste Management, Inc. | 4210-000 | $0.00 | $837,021.92 | $837,021.92 | $837,021.92 |
| **TOTAL SECURED CLAIMS** | | | $10,006,243.00 | $837,021.92 | $837,021.92 | $837,021.92 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ronald J. Sommers, Trustee | 2100-000 | NA | $62,500.10 | $62,500.10 | $62,500.10 |
| George Adams & Co. | 2300-000 | NA | $378.77 | $378.77 | $378.77 |
| Green Bank | 2600-000 | NA | $12,410.12 | $12,410.12 | $12,410.12 |
| Bankruptcy Estate of Terrabon Operating Company LLC | 2990-000 | NA | $5,000.00 | $5,000.00 | $5,000.00 |
| Brazos County District Clerk | 2990-000 | NA | $20.00 | $20.00 | $20.00 |
| Cesar Granda | 2990-000 | NA | $750.00 | $750.00 | $750.00 |
| Attorney for Trustee | 3110-000 | NA | $57,129.50 | $57,129.50 | $57,129.50 |
| Attorney for Trustee | 3120-000 | NA | $28.50 | $28.50 | $28.50 |
| Accountant for Trustee | 3410-000 | NA | $7,751.74 | $7,751.74 | $7,751.74 |
| Accountant for Trustee | 3420-000 | NA | $18.24 | $18.24 | $18.24 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $145,986.97 | $145,986.97 | $145,986.97 |

UST Form 101-7-TDR (10/1/2010)

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE


**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brazos County Tax Assessor Collector | 5800-000 | $0.00 | $111,769.19 | $111,769.19 | $111,769.19 |
| | Brazos County Tax Assessor/Collector | 5800-000 | $0.00 | $120,503.52 | $120,503.52 | $120,503.52 |
| | U.S. Department of Energy | 5800-000 | $0.00 | $46,345.58 | $46,345.58 | $46,345.58 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $278,618.29 | $278,618.29 | $278,618.29 |


**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GreatAmerican Leasing Corporation | 7100-000 | $6,963.00 | $17,989.59 | $17,989.59 | $82.36 |
| 2 | Waste Management, Inc. | 7100-000 | $0.00 | $10,043,117.24 | $10,043,117.24 | $45,977.46 |
| 3 | ACO Mechanical Ltd. | 7100-000 | $0.00 | $21,686.05 | $21,686.05 | $99.28 |
| 4 | CWCS2, LP | 7100-000 | $0.00 | $184,248.39 | $0.00 | $0.00 |
| 5 | Logos Technologies, Inc. | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | JaCody General Contractors Inc. | 7100-000 | $0.00 | $120,254.46 | $0.00 | $0.00 |
| 7 | Jacody Incorporated | 7100-000 | $0.00 | $120,254.45 | $120,254.45 | $0.00 |
| | Clerk, US Bankruptcy Court (Claim No. 7; Jacody Incorporated) | 7100-001 | $0.00 | $0.00 | $0.00 | $550.53 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $6,963.00 | $10,507,550.18 | $10,203,047.33 | $46,709.63 |


UST Form 101-7-TDR (10/1/2010)

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No:   1          Exhibit 8

| Case No.: | 12-36810-H2-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | TERRABON RESEARCH COMPANY, LLC | Date Filed (f) or Converted (c): | 09/07/2012 (f) |
| For the Period Ending: | 11/14/2017 | §341(a) Meeting Date: | 10/17/2012 |
| | | Claims Bar Date: | 12/26/2012 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Land and improvements to land lease of 11.69 acre tract out of 178 acre tract on 6150 Mumford Road, Bryan, Brazos County, Texas, the description of which is more particularly described in the attached Exhibit A. | $3,721,383.12 | $0.00 | | $0.00 | FA |
| 2 | Torus Specialty Insurance Company: general liability, automobile liability insurance policy for hired and non-owned autos, and umbrella liability insurance policies expires 11/21/2012; Texas Mutual Insurance Company: workers compensation and employers' liability policy expires 11/21/2012; Travelers Casualty & Sur Co of America: crime, employee theft insurance policy expires 11/21/2012; National Union Fire Ins Co of Pittsburgh: professional liability insurance policy expires 11/21/2012; Illinois National Insurance Co: Directors & Officers liability insurance policy expires 11/21/2012 | $0.00 | $0.00 | | $0.00 | FA |
| 3 | St. Paul Surplus Lines Ins Co: property damage insurance policy expires 11/21/2012; Phoenix Insurance Company: boiler & machinery equipment breakdown insurance policy expires 11/21/2012; Standard Fire Insurance Company: flood insurance policy expires 511512013 | $0.00 | $0.00 | | $0.00 | FA |
| 4 | 1 Mitel Phone System located at 6150 Mumford Road, Bryan, Texas 77807 | $1,500.00 | $0.00 | | $0.00 | FA |
| 5 | 1 Mitel Phone System located at 1313 Research Parkway, #300, College Station, TX 77845 | $1,500.00 | $0.00 | | $0.00 | FA |
| 6 | Machinery, fixtures, and equipment | $6,320,287.40 | $1,308,336.81 | | $1,308,336.81 | FA |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   2        Exhibit 8

| Case No.: | 12-36810-H2-7 | Trustee Name: | Ronald J. Sommers |
| Case Name: | TERRABON RESEARCH COMPANY, LLC | Date Filed (f) or Converted (c): | 09/07/2012 (f) |
| For the Period Ending: | 11/14/2017 | §341(a) Meeting Date: | 10/17/2012 |
| | | Claims Bar Date: | 12/26/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **TOTALS (Excluding unknown value)** | | | | | **Gross Value of Remaining Assets** |
| | $10,044,670.52 | $1,308,336.81 | | $1,308,336.81 | $0.00 |

**Major Activities affecting case closing:**

| 11/14/2017 | TDR SUBMITTED |
| 09/28/2017 | 90 days after final distribution is 10/04/17; Motion to Deposit Unclaimed Funds will be filed the first week of October. Once the final check to the clerk clears, the TDR should be submitted by 11/30/17. |
| 03/29/2017 | AMENDED TFR SUBMITTED |
| 02/09/2017 | The TFR was filed with the court on 05/23/16.  The UST's office originally filed the TFR for Terrabon Operating in this case, which was served out and entered by the court.  The Trustee discovered this mistake and contacted the UST's office who then filed the correct TFR on 07/20/16 with the order for trustee's fees being entered on 08/06/16.  The final distribution in this case has not been made.  During this time, the Trustee realized the accountant had not filed his final fee application in this matter. The accountant's final fee app is currently pending and the Trustee will file an Amended TFR once it is approved and paid. |
| 09/30/2015 | TFR submitted |

Initial Projected Date Of Final Report (TFR):   12/31/2014        Current Projected Date Of Final Report (TFR):   03/31/2017        /s/ RONALD J. SOMMERS

RONALD J. SOMMERS

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 12-36810-H2-7 | |
| **Case Name:** | TERRABON RESEARCH COMPANY, LLC | |
| **Primary Taxpayer ID #:** | **-***3261 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/7/2012 | |
| **For Period Ending:** | 11/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1001 |
| **Account Title:** | Escrow Account-Encumbered |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/15/2012 | (6) | Terrabon, Inc. | Escrow Funds that were erroneously deposited into Terrabon, Inc.; assets being sold belong to Terrabon Research Company LLC | 1129-000 | $129,979.70 | | $129,979.70 |
| 11/19/2012 | (6) | Bankruptcy Estate of Terrabon, Inc. | Sales Proceeds were erroneously wired into the Terrabon Inc. acct; assets belong to Terrabon Research Company, LLC and this check is tranferring the funds | 1129-000 | $1,178,357.11 | | $1,308,336.81 |
| 11/20/2012 | | Transfer To: #*********1002 | Transfer funds to unencumbered account | 9999-000 | | $304,004.81 | $1,004,332.00 |
| 11/20/2012 | 3001 | Bankruptcy Estate of Terrabon Operating Company LLC | #63 10/31/12 Sale Proceeds for Truck | 2990-000 | | $5,000.00 | $999,332.00 |
| 11/20/2012 | 3002 | Brazos County Tax Assessor Collector | #63 10/31/12 | 5800-000 | | $111,769.19 | $887,562.81 |
| 11/20/2012 | 3003 | U.S. Department of Energy | #63 10/31/12 | 5800-000 | | $46,345.58 | $841,217.23 |
| 11/20/2012 | 3004 | Cesar Granda | #63 10/31/12 | 2990-000 | | $750.00 | $840,467.23 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $764.80 | $839,702.43 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1,327.63 | $838,374.80 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1,352.88 | $837,021.92 |
| 02/27/2013 | 3005 | Waste Management, Inc. | #88 02/13/13 | 4210-000 | | $837,021.92 | $0.00 |

**SUBTOTALS**      $1,308,336.81      $1,308,336.81

Page No: 2        Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-36810-H2-7 | Trustee Name: | Ronald J. Sommers |
|---|---|---|---|
| Case Name: | TERRABON RESEARCH COMPANY, LLC | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3261 | Checking Acct #: | ******1001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Escrow Account-Encumbered |
| For Period Beginning: | 9/7/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2017 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $1,308,336.81 | $1,308,336.81 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $304,004.81 | |
| | | | **Subtotal** | | $1,308,336.81 | $1,004,332.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $1,308,336.81 | $1,004,332.00 | |

**For the period of  9/7/2012 to 11/14/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,308,336.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,308,336.81 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,004,332.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $1,004,332.00 |
| Total Internal/Transfer  Disbursements: | $304,004.81 |

**For the entire history of the account between 11/15/2012 to 11/14/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,308,336.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,308,336.81 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $1,004,332.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $1,004,332.00 |
| Total Internal/Transfer  Disbursements: | $304,004.81 |

Page No: 3          Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No.** | 12-36810-H2-7 |
| **Case Name:** | TERRABON RESEARCH COMPANY, LLC |
| **Primary Taxpayer ID #:** | **-***3261 |
| **Co-Debtor Taxpayer ID #:** | |
| **For Period Beginning:** | 9/7/2012 |
| **For Period Ending:** | 11/14/2017 |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1002 |
| **Account Title:** | Unencumbered Funds |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/20/2012 | | Transfer From: #*********1001 | Transfer funds to unencumbered account | 9999-000 | $304,004.81 | | $304,004.81 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $205.72 | $303,799.09 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $458.61 | $303,340.48 |
| 01/28/2013 | 2001 | Brazos County District Clerk | Filing Fee for Release of Lien | 2990-000 | | $20.00 | $303,320.48 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $489.50 | $302,830.98 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $441.38 | $302,389.60 |
| 03/25/2013 | 2002 | Nathan Sommers Jacobs | #99 03/22/13 Attorney Fees & Expenses | * | | $57,158.00 | $245,231.60 |
| | | | $(57,129.50) | 3110-000 | | | $245,231.60 |
| | | | $(28.50) | 3120-000 | | | $245,231.60 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $473.08 | $244,758.52 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $382.22 | $244,376.30 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $419.79 | $243,956.51 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $355.57 | $243,600.94 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $393.09 | $243,207.85 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $417.78 | $242,790.07 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $353.87 | $242,436.20 |
| 10/04/2013 | 2003 | George Adams & Co. | Chapter 7 Trustee Blanket Bond Payment | 2300-000 | | $255.27 | $242,180.93 |
| 10/10/2013 | 2004 | Brazos County Tax Assessor/Collector | #138 10/02/13 | 5800-000 | | $120,503.52 | $121,677.41 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $340.74 | $121,336.67 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $195.80 | $121,140.87 |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $189.17 | $120,951.70 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $207.77 | $120,743.93 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $175.98 | $120,567.95 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $182.00 | $120,385.95 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $187.99 | $120,197.96 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $200.22 | $119,997.74 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $181.14 | $119,816.60 |
| | | | **SUBTOTALS** | | $304,004.81 | $184,188.21 | |

Page No: 4          Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 12-36810-H2-7 |
| Case Name: | TERRABON RESEARCH COMPANY, LLC |
| Primary Taxpayer ID #: | **-***3261 |
| Co-Debtor Taxpayer ID #: | |
| For Period Beginning: | 9/7/2012 |
| For Period Ending: | 11/14/2017 |

| | |
|---|---|
| Trustee Name: | Ronald J. Sommers |
| Bank Name: | Green Bank |
| Checking Acct #: | ******1002 |
| Account Title: | Unencumbered Funds |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $193.34 | $119,623.26 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $199.26 | $119,424.00 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $180.28 | $119,243.72 |
| 10/23/2014 | 2005 | George Adams & Co. | Pro rata share of Chapter 7 Trustee Blanket Bond | 2300-000 | | $123.50 | $119,120.22 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $204.79 | $118,915.43 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $173.32 | $118,742.11 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $191.61 | $118,550.50 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $197.47 | $118,353.03 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $172.50 | $118,180.53 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $184.55 | $117,995.98 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $184.26 | $117,811.72 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $190.11 | $117,621.61 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $183.68 | $117,437.93 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $201.73 | $117,236.20 |
| 08/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $176.97 | $117,059.23 |
| 08/25/2016 | 2006 | Ronald J. Sommers | #35 08/16/16 Trustee Fees | 2100-000 | | $62,500.10 | $54,559.13 |
| 02/28/2017 | | Green Bank | Bank Service Fee | 2600-000 | | $79.52 | $54,479.61 |
| 03/23/2017 | 2007 | Munshi CPA, P.C. | #183 03/23/17 Accountant Fees & Expenses | * | | $7,769.98 | $46,709.63 |
| | | | $(7,751.74) | 3410-000 | | | $46,709.63 |
| | | | $(18.24) | 3420-000 | | | $46,709.63 |
| 07/06/2017 | 2008 | GreatAmerican Leasing Corporation | Final Distribution on Claim #: 1; Amount Claimed: 17,989.59; Amount Allowed: 17,989.59;  Claim #: 1; | 7100-000 | | $82.36 | $46,627.27 |
| 07/06/2017 | 2009 | Waste Management, Inc. | Final Distribution on Claim #: 2; Amount Claimed: 10,043,117.24; Amount Allowed: 10,043,117.24;  Claim #: 2; | 7100-000 | | $45,977.46 | $649.81 |
| 07/06/2017 | 2010 | ACO Mechanical Ltd. | Final Distribution on Claim #: 3; Amount Claimed: 21,686.05; Amount Allowed: 21,686.05;  Claim #: 3; | 7100-000 | | $99.28 | $550.53 |
| | | | **SUBTOTALS** | | $0.00 | $119,266.07 | |

Page No: 5          Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-36810-H2-7 | | Trustee Name: | Ronald J. Sommers |
| --- | --- | --- | --- | --- |
| Case Name: | TERRABON RESEARCH COMPANY, LLC | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***3261 | | Checking Acct #: | ******1002 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Unencumbered Funds |
| For Period Beginning: | 9/7/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/14/2017 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/06/2017 | 2011 | Jacody Incorporated | Final Distribution on Claim #: 7; Amount Claimed: 120,254.45; Amount Allowed: 120,254.45;  Claim #: 7; | 7100-000 | | $550.53 | $0.00 |
| 10/31/2017 | 2011 | STOP PAYMENT: Jacody Incorporated | Stop Payment for Check# 2011 | 7100-004 | | ($550.53) | $550.53 |
| 10/31/2017 | 2012 | Clerk, US Bankruptcy Court | Unclaimed Funds | 7100-001 | | $550.53 | $0.00 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | **TOTALS:** | | $304,004.81 | $304,004.81 | $0.00 |
| | | **Less: Bank transfers/CDs** | | $304,004.81 | $0.00 | |
| | | **Subtotal** | | $0.00 | $304,004.81 | |
| | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | **Net** | | $0.00 | $304,004.81 | |

**For the period of  9/7/2012 to 11/14/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $304,004.81 |
| | |
| Total Compensable Disbursements: | $304,004.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $304,004.81 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 11/20/2012 to 11/14/2017**

| | |
| --- | --- |
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $304,004.81 |
| | |
| Total Compensable Disbursements: | $304,004.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $304,004.81 |
| Total Internal/Transfer  Disbursements: | $0.00 |

Page No: 6        Exhibit 9

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 12-36810-H2-7 | |
| **Case Name:** | TERRABON RESEARCH COMPANY, LLC | |
| **Primary Taxpayer ID #:** | **-***3261 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 9/7/2012 | |
| **For Period Ending:** | 11/14/2017 | |

| | |
|---|---|
| **Trustee Name:** | Ronald J. Sommers |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******1002 |
| **Account Title:** | Unencumbered Funds |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $1,308,336.81 | $1,308,336.81 | $0.00 |

**For the period of 9/7/2012 to 11/14/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,308,336.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,308,336.81 |
| Total Internal/Transfer Receipts: | $304,004.81 |
| | |
| Total Compensable Disbursements: | $1,308,336.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,308,336.81 |
| Total Internal/Transfer Disbursements: | $304,004.81 |

**For the entire history of the case between 09/07/2012 to 11/14/2017**

| | |
|---|---|
| Total Compensable Receipts: | $1,308,336.81 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $1,308,336.81 |
| Total Internal/Transfer Receipts: | $304,004.81 |
| | |
| Total Compensable Disbursements: | $1,308,336.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $1,308,336.81 |
| Total Internal/Transfer Disbursements: | $304,004.81 |

/s/ RONALD J. SOMMERS

RONALD J. SOMMERS